UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P.,[1]<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY,[2] et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03853-SK<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Thomas S. Hixson for consideration of whether the case is related to *Joseph P. v. Berryhill*, 18-cv-03193-TSH.

**IT IS SO ORDERED**.

Dated: February 5, 2024

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin O'Malley, Commissioner of Social Security, is substituted for his predecessor, Kilolo Kijakazi, Acting Commissioner of Social Security, pursuant to Federal Rule of Civil Procedure 25(d).